BARCLAY DAMON LLP

**Jennifer J. Hopkins**
*Associate*

August 3, 2026

**VIA CM/ECF**

Hon. Miroslav Lovric, United States Magistrate Judge
United States District Court for the Northern District of New York
Binghamton United States Courthouse
15 Henry Street
Binghamton, New York 13901

Re: *Cayuga Nation v. O'Dwyer, et al.* (5:24-cv-537)
Joint Status Report

Dear Judge Lovric:

Barclay Damon LLP represents Plaintiff Cayuga Nation in the above-captioned matter. Plaintiff respectfully submits this joint status report regarding the progress of discovery since the parties' last report to the Court.

Since the last status report, discovery has continued to progress. Defendants have served responses to Plaintiff's Second Requests for Production of Documents and have also served amended Rule 26(a) disclosures.

In addition, Plaintiff has served deposition notices on non-party witnesses, as well as notices for the depositions of Defendant O'Dwyer and Defendants' Rule 30(b)(6) representative. Those depositions are currently scheduled to take place during the first week of September. Plaintiff is also working with two expert witnesses, and has been advised that both experts are in the process of preparing their expert reports, which Plaintiff anticipates serving in accordance with the deadlines set forth in the Court's scheduling order.

Counsel for Defendants has reviewed and approved of this report.

We appreciate the Court's consideration of this submission. The parties will continue to proceed diligently and will promptly notify the Court of any issues requiring intervention.

Respectfully submitted,

*/s/ Jennifer J. Hopkins*

Jennifer J. Hopkins

1742 N Street, N.W. - Washington, District of Columbia 20036 barclaydamon.com
JHopkins@barclaydamon.com Direct: (202) 689-1915 Fax: (202) 689-1901
Also Admitted in New York and Maryland